IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J .NICHOLAS,  )  <br>  Plaintiff  )  <br>  )  <br>  )  <br>  )  <br>ATTORNEY GENERAL OF PA  )  <br>THOMAS CORBETT, et al.,  )  <br>  Defendants  ) | C.A. No. 06-129 Erie |

**O R D E R**

AND NOW, this 25th day of April, 2007, upon consideration of the Plaintiff's Motion to Amend/Correct Complaint and Application for a Final Disposition (Document No. 88 and 90)

IT IS HEREBY ORDERED that said motions are DENIED AS MOOT

                                              S/ Sean J. McLaughlin  
                                              SEAN J. MCLAUGHLIN  
                                              UNITED STATES DISTRICT JUDGE